IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| M.M.B.B., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action File No.<br>1:24-CV-05031-TWT |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby agree and stipulate to the voluntary dismissal with prejudice of Plaintiffs' claims in their entirety. The Parties have agreed that they shall each bear their own respective attorneys' fees, expenses, and costs.

This joint stipulation is filed following the complete funding and execution of the Settlement Agreement entered into by the Parties under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2677. The Parties confirm that the agreed-upon settlement amount has been fully funded and paid to Plaintiffs, satisfying the condition precedent for this dismissal.

Respectfully submitted, this 28th day of August 2026.

**For Plaintiffs:**

s/ Gianna Borroto
Gianna Borroto
Patrick Taurel
GROSSMAN YOUNG & HAMMOND, LLC
4922 Fairmont Avenue, Suite 200
Bethesda, Maryland 20814
Telephone: (240) 403-0913
gborroto@grossmanyoung.com
ptaurel@grossmanyoung.com

*Admitted pro hac vice*

Meredyth Yoon (Ga. Bar No. 204566)
Samantha C. Hamilton (Ga. Bar No. 326618)
ASIAN AMERICANS ADVANCING JUSTICE – ATLANTA
5680 Oakbrook Parkway, Suite 148
Norcross, Georgia 30093
Telephone: (470) 816-3319
myoon@advancingjustice-atlanta.org
shamilton@advancingjustice-atlanta.org

*Counsel for Plaintiffs*

**For Defendant:**

s/ Aaron J. Ross
AARON J. ROSS
*Assistant United States Attorney*
Georgia Bar No. 461981
75 Ted Turner Drive SW, Suite 600
Atlanta, Georgia 30303
Telephone: 404-581-6228
Facsimile: 404-581-6181
aaron.ross@usdoj.gov

*Counsel for Defendant*

**CERTIFICATE OF COMPLIANCE**

I hereby certify that the document to which this certificate is attached has been prepared in Book Antiqua font, 13-point type, which is one of the font and point selections approved by the Court in N.D. Ga. L.R. 5.1(C).

s/ Gianna Borroto
Gianna Borroto